ATTACHEMENT A

```
                                                                PAGE NO: 001
                             INMATE FINANCIAL PLAN

REGISTER NUMBER: 40440-037
INMATE NAME....: HARDING, BILLY CAMPBELL
FACILITY.......: ALLENWOOD USP
```

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL
CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL
RESPONSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S)
INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW. I
AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS
SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT PLAN WILL AUTOMATICALLY STOP AND NO
FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY
RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT. IN THE EVENT THAT I AM
RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY
PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE PLAN WILL NOT TERMINATE
UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY PAYROLL/DEDUCTION
CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I WISH THE PLAN TO
TERMINATE.

PAYMENT METHOD...:   AMT/PCT: _50%_    FREQ: _Monthly_ ORIGIN: _Unicor_
START CYCLE......:  _May 08_
INMATE DECISION..:  _Agreed_
OBLIGATION NUMBER:  _2_

INMATE SIGNATURE.........: _Billy Harding_         DT SIGNED: _3/30/08_

STAFF WITNESS SIGNATURE:   _S Burke_               DT SIGNED: _3/30/08_

```
                         INMATE FINANCIAL PLAN              PAGE NO: 002 OF 002

REGISTER NUMBER: 40440-037
INMATE NAME....: HARDING, BILLY CAMPBELL
FACILITY.......: ALLENWOOD USP

- - - - - - - - - - - - - FINANCIAL OBLIGATIONS OWED - - - - - - - - - - - - -
OBLG    OBLIGATION TYPE                          BALANCE      PAYABLE      COJ
   2 RESTITUTION NON-FED VICTIM USDC            68309.23    IMMEDIATE      FMD
```