ATTACHMENT B

```
JA. 08/08/08 07:19                INMATE EARNING STATEMENT          PAGE:    486
 .MATE PAYROLL   AW#008 JD         RUN DATE: 07/31/08       USER ID: AW600JC

INST: AW     FACL: BW      GROUP: PM110            CREW: UNICOR PM

Name: HARDING, BILLY                               Grade: 2
Reg-num: 40440-037
                            Amount      Hours
Standard Pay            $    75.90      82:30      Date Computed         08/04/08
Group Incentive Pay          0.00        0:00      Anniversary Date      08/06/07
Indiv. Incentive Pay         0.00        0:00      Longevity Months            47
Overtime Premium Pay         0.00        0:00      UNICOR Work Months          47
Holiday Pay                  3.34        3:38      Accrued Vacation Hours  043:38
Administrative Pay           0.00        0:00      Prev Yrs Vacation Hours 000:00
Vacation Taken Pay           0.00        0:00      Unpaid Call-out Hours     5:30
Vacation Cashed Pay          0.00        0:00      Rework Hours              0:00
Lost Time Wage               0.00        0:00      Unpaid Off-std Hours      0:00
Premium Pay                  0.00                  Final Pay?                  NO
Longevity Pay               17.23
Gross Pay                   96.47
Adjustments                  0.00
                         ----------  --------
Net Pay                 $   96.47       86:08
```