ATTACHMENT C

COPY CERTIFICATION BY DOCUMENT CUSTODIAN:

State of Maryland ) 
City of Baltimore ) Scilicet

I, Teira Torbit, hereby affirm:
Name of Custodian of Original Document(s)

that the attached reproduction of:

Affidavit of Teira Latrice Torbit In support of Billy Campbell Harding's Case (no: WDQ-02-0381) for An Amended Restitution Order.

is a TRUE, correct and complete photocopy of a document or documents in my possession and I,m the custodian of said document or documents.

s/ _Teira Torbit_
Blue Ink signature Teira L. Torbit
4248 Flowerton Rd., Baltimore, Maryland, united states of America
Address/Locale

SUBSCRIBED and SWORN (or affirmed) to before me on this 6th day of August, in the year 2008.

_Chrysmaria B. Baker_   Seal:
Signature of Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

BILLY CAMPBELL HARDING

EX PARTE

18 U.S.C. § 3572(d)((3)

CASE NO: WDQ-02-0381

AFFIDAVIT OF TEIRA LATRICE TORBIT
IN SUPPORT OF AMENDED RESTITUTION ORDER

I, Teira Torbit Depose and Says:

1. I, Teira L. Torbit, in support of Billy C. Harding's request for an Amended Restitution Order declare the following:

2. On March 4, 2001, I gave birth to Sakeira Harding, and Billy C. Harding is the biological father.

3. Sakeira Harding is the dependant of Billy Campbell Harding in which he has an on going obligation to.

4. I am the mother and sole custodian of Sakeira Harding whom which does reside with me.

5. I am currently with gainful employment and provides for the daily needs of our child Sakeira Harding as a single mother.

6. Since the incaration of Billy C. Harding, he has been unable to provide any means of support for his child and dependant, Sakeira Harding.

7. I have been in communication with Billy C. Harding and he wishes to be able to provide low to moderate assistance with monetary support for the welfare of his child Sakeira Harding.

8. I expressed to Billy C. Harding the father of my child Sakeira Harding, that I expect him to continue in some form low to moderate monetary assistance in the care and daily needs of his child, Sakeira Harding.

9. Before Billy C. Harding was incarcerated, he did provide monetary support in the care and welfare of his child Sakeira Harding, while maintaining employment.

10. Billy C. Harding has stated to me he is employed with the Federal Bureau of Prisons' Prison Industry known as Unicore and has the ability to earn wages that would allow him to provide low to moderate support for his daughter, Sakeira Harding.

11. However, Billy C. Harding has express that due to his lack of a high scool diploma he is restricted in his pay and cannot donate monetary support due to his stiff restitution ordered by this court.

12. The failure of Billy C. Harding to have the ability to provide any type of low to moderate monetary support through his prison earnings, affects my and his child's expectation of his obligation to his dependant.

13. I have no interest in seeking any other forceful means in obtaining support for his child against Billy C. Harding, other than allowing him to voluntarily donate low to moderate monetary support during his lenghtby imprisonment.

14. I have never sought public assitance to compel Billy C. Harding and will not do so as long as I have gainful employment and he provides assistance to the best of his ability as his prison pay allows.

15. Thus, this affidavit is submitted of my own free will without my any undue influence and in support of Billy C. Harding's request for an amended restitution order.

Pursuant to the penalty of perjury 28 U.S.C. § 1746, the above is true and correct to the best of my ability.

s/ Teira Torbit
Teira Torbit
4248 Flowerton Rd
Baltimore, Maryland 21229
DATE 8-6-08

State of Maryland )
                  ) ss:
City of Baltimore )

2 of 3                          Notary continued...

Notary continued...

s/ Teira [signature]
Teira Torbit
(continued from Page 2 of 3)

State of Maryland )
                  ) ss:
City of Baltimore )

I, CHARMAINE BAKER, hereby affirm that on this 6th day of the
Printed Name of Notary

August month, the living soul, Teira Torbit, situated in the state of Maryland, City of Baltimore, did appear before me with valid identification having knowledge of the contents of the above affidavit affixed her signature(s) above.

s/ Charmaine S. Baker
NOTARY PUBLIC

(Seal)

June 15, 2011
COMMISSION EXPIRES

3 of 3