ATTACHMENT D

COPY CERTIFICATION BY DOCUMENT CUSTODIAN:

State of Pennsylvania    )
                         ) Scilicet
County of York           )

I, Cameira V. Stackhouse-Taylor, hereby attirm:
   Name of Custodian of Original Document(s)

that the attached reproduction of:

Affidavit of Cameira V. Stackhouse-Taylor In support of Billy Campbell Harding's Case (No: WDQ-02-0381) for an Amended Restitution Order.

is a TRUE, correct and complete photocopy of a document or documents in my possession and I,m the custodian of said document or documents.

s/ _____
Blue Ink Signature Cameira V. Stackhouse-Taylor
215 Cambridge Dr., Red, Lion, Pennsylvania, united states of America
                Address/Locale

SUBSCRIBED and SWORN (or affirmed) to before me on this 10 day of July, in the year 2008.

_____ Seal:
Signature of Notary Public

LINDA W. EVERNGAM
Notary Public
Baltimore County
Maryland
My Commission Expires May 1, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

V.

BILLY CAMPBELL HARDING

EX PARTE

18 U.S.C.§ 3572(d)(3)

CASE NO: WDQ-02-0381

AFFIDAVIT OF CAMEIRA V. STACKHOUSE
IN SUPPORT OF AMENDED RESTITUTION ORDER

I, CAMEIRA V. STACKHOUSE DEPOSE AND SAYS:

1. I, Cameira V. Stackhouse, in support of Billy C. Harding's request for an Amended Restitution Order declare the following:

2. On November 3, 1994, I gave birth to Cherontae Yvonne Harding, the daughter and biological child of Billy Campbell Harding.

3. Cherontae Yvonne Harding is the dependant of Billy Campbell Harding in which he maintains an obligation to.

4. I am the mother and sole custodian of Cherontae Yvonne Harding in which she resides with me at

5. I am currently with gainful employment and provides for the daily needs of our child Cherontae Yvonne Harding.

6. Since the incarceration of Billy C. Harding, he has been unable to provide any means of support for his child and dependant, Cherontae Yvonne Harding.

7. I have been in constant communication with Billy C. Harding and he wishes to be able to provide low to moderate assistance in the welfare and up-bringing of his child and dependant Cherontae Y. Harding.

8. I have myself expressed to Billy C. Harding the father of my child Cherontae Y. Harding that I wish he could assist with monetary support in a low to moderate fashion in the care and daily needs of his child Cherontae Y. Harding.

9. Before Billy C. Harding was incarcerated he did provide monetary support

16. Additionally, since Billy C. Harding has been incarcerated, I have been married but will maintain contact with him in order that he may have access to his child, Cherontae Y. Harding.

17. Wherefore, this affidavit is submitted of my own free will without any undue pressure in support of Billy C. Harding's request to this court to amend his restitution in the interest of his obligation to his dependants.

Pursuant to the penalty of perjury 28 U.S.C. §1746, the above is true and correct to the best of my belief.

s/ _____
Cameira V. Stackhouse-Taylor
Without Prejudice
c/o 215 Cambridge Dr.
Red Lion, Pa 17356
DATED 7-10-08

State of ~~Pennsylvania~~ Maryland )
County of ~~York~~ Baltimore ) ss.

I, Linda W Everngam, hereby affirm that on this 10 day of the
   PRINTED NAME OF NOTARY
July 2008 month, the living soul, Cameira V. Stackhouse-Taylor, situated in the State of Pennsylvania, did appear with valid identification having knowledge of the contents of the above affidavit affixed her signature above.

s/ _____        (SEAL)
    NOTARY PUBLIC

LINDA W. EVERNGAM
Notary Public
Baltimore County
Maryland
My Commission Expires May 1, 2010

May 1, 2010
COMMISSION EXPIRES

3 OF 3